# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PLENTITUDE TRANSPORTATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIER411 SERVICES, INC., a Florida corporation; and DOES 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-07270-JFW-PVCx<br><br>(Los Angeles County Superior Court Case No. 23STCV14127)<br><br><u>Assigned for all purposes to:</u><br>Hon. John F. Walter<br><br>**ORDER GRANTING DEFENDANT CARRIER411 SERVICES, INC.'S UNOPPOSED *EX PARTE* APPLICATION FOR:**<br><br>**(1) CLARIFICATION OF COURT'S SEPTEMBER 14, 2023 ORDER [ECF NO. 18]; or**<br><br>**(2) IN THE ALTERNATIVE, LEAVE FOR LEAD COUNSEL TO PARTICIPATE IN RULE 7-3 CONFERENCE VIA VIDEO-CONFERENCE**<br><br>Complaint Filed:   June 16, 2023 |

- 1 -

**ORDER**

- 2 -

**ORDER**

Having considered Defendant Carrier411Services, Inc.'s ("Defendant") *Ex Parte* Application For Clarification of the Court's September 14, 2023 Order [ECF NO. 18] or, In The Alternative, Leave For Lead Counsel to Participate in Rule 7-3 Conference Via Video-Conference (the "Application"), and after full consideration of the moving papers and the documents on file with the Court, and all other matters presented to the Court in relation to the Application, the Court finds as follows:

1. Defendant's Application is GRANTED.
2. The Local Rule 7-3 Meet and Confer Conference regarding Defendant's anticipated Motion to Dismiss can take place via videoconference consistent with the Court's Standing Order.

DATED this 18th day of September 18, 2023.

_____
Honorable John F. Walter