# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PLENTITUDE TRANSPORTATION, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CARRIER411 SERVICES, INC., a Florida corporation; and DOES 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-07270-JFW-PVC<br><br>(Los Angeles County Superior Court Case No. 23STCV14127)<br><br><u>Assigned for all purposes to</u>: Hon. John F. Walter<br><br>**[PROPOSED] ORDER RE JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ORDER SETTING OUT CASE DEADLINES FOR 30-DAYS**<br><br>Complaint Filed:　June 16, 2023 |

- 1 -

**[PROPOSED] ORDER**

# ORDER

After full consideration of the Plaintiff Plentitude Transportation, Inc. ("Plaintiff") and Defendant Carrier411 Services, Inc.'s ("Defendant") (Plaintiff and Defendant collectively, the "Parties") Joint Notice of Settlement, and Joint Request for Order Setting Out Case Deadlines, the Court finds good cause to set out the case deadlines as follows:

1. The Parties' deadline to file meet and confer declarations relating to Defendant's Motion to Dismiss, as required by the Court's September 14, 2023 order (ECF No. 18), be continued from September 21, 2023 to **October 23, 2023**;

2. Defendant's deadline to re-file its Motion to Dismiss (3 days after the Parties file meet and confer declarations), as required by the Court's September 14, 2023 order (ECF No. 18), be continued from September 25, 2023 to **October 25, 2023**;

3. Plaintiff's deadline to file a Motion to Remand this case back to the Los Angeles Superior Court be continued from October 2, 2023 to **November 2, 2023**;

4. The Rule 16 Scheduling Conference set for October 16, 2023 at 1:15 p.m. (ECF No. 8) be continued to **November 16, 2023** at 1:15 p.m., or a date thereafter amenable to the Court; and

5. The Parties' deadline to file their Rule 26 Joint Report in advance of the Rule 16 Scheduling Conference be continued from September 22, 2023 (ECF No. 8) to **October 23, 2023**.

DATED this ____ day of _____, 20__.

_____
Honorable John F. Walter

**[PROPOSED] ORDER**